<u>Criminal Calendar</u> — Status Conference.

Before: Judge John Gleeson, U.S.D.J.

Date: __2/24/12__   Time: __11:45 AM – 12:00 PM__

DOCKET NUMBER: __11CR424__   CASE NAME: __USA v. Rosemond et al__

DEFENDANT'S NAME: __Jason Williams__
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: __Bennett M. Epstein__
___ Legal Aid ✓ CJA ___ Retained

AUSA: __Todd Kaminsky__   Deputy Clerk: __Ilene Lee__

INTERPRETER: _____ (Language) _____

COURT REPORTER: __Ronald Tolkin__

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type __XT__ Start __2/24/12__ Stop __4/27/12__

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The parties are beginning discovery and negotiations.
- The next Status Conference is set for April 27, 2012 at 11:30 AM