

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SD/UAD/LXN
F.#2011R00935

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 26, 2012

BY HAND and ECF

Lloyd Epstein, Esq.
225 Broadway Suite 1203
New York, NY 10007

       Re:   United States v. Jason Williams
           Criminal Docket No. 11-CR-424 (S-3)(JG)

Dear Mr. Epstein:

      Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, please find enclosed with this letter: (1) handwritten
notes containing statements made by the defendant during a
proffer session on March 6, 2012, Bates-numbered WL000000006-
000000023 and (2) documents, Bates numbered WL000000024-
WL000000393, containing information found in two blackberries
recovered during a search of an apartment at 101 Willoughby
Street, Apt. #20-C, Brooklyn, NY 11201 on May 11, 2011.

      If you have any further question or request, please do
not hesitate to contact me.  The government will supplement this
letter as appropriate.

                          Very truly yours,

                          LORETTA E. LYNCH
                          United States Attorney

        By:       /s/
             Una A. Dean
             Soumya Dayananda
             Lan Nguyen
             Assistant United States Attorneys
             (718) 254-7996/6473/6162

Enclosures

CC:  Clerk of Court (JG) (w/o enclosures)