## Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.**

Date: __4/12/12__   Time: __4:10 pm – 4:40 pm.__

DOCKET NUMBER: __11 CR 424__

DEFENDANT'S NAME: __Jason Williams__
__✓__ Present ___ Not Present __✓__ In Custody ___ Bail

DEFENSE COUNSEL: __Lloyd Epstein__
___ Legal Aid __✓__ CJA ___ Retained

AUSA: __Una A. Dean__   Deputy Clerk: __Ilene Lee__
INTERPRETER: _____ (Language)
COURT REPORTER: __Marie Foley__

__✓__ Case called.

Defendant: __✓__ sworn   ___ arraigned   __✓__ informed of rights
__✓__ Waives trial before District Court.

___ Waiver of indictment executed.
___ Superseding Indictment/Information filed.
___ Defendant failed to appear, Bench Warrant issued.
__✓__ Defendant enters a plea of GUILTY to Count(s) __seven__ of the __Superseding Indictment__ (S-4)
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___
_____ of the _____.
__✓__ Court finds factual basis for the plea.
___ Sentencing set for _____ @ _____.

___ Deft continued on $____ Bond.   __✓__ Deft continued in Custody.

___ Bail set in the amount of $_____ and deft released.

___ Case adjourned until _____ for _____.

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA.
Pursuant to Federal Rule 11 of Criminal Procedure Judge _____ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

— The sentencing date is set for August 17, 2012 at 3:00 pm.