**EPSTEIN & WEIL, LLC**
ATTORNEYS AT LAW                                                                 (212) 732-4888

225 Broadway                                                                     LLOYD EPSTEIN
New York, New York 10007                                                         JUDITH H. WEIL

August 3, 2012

**VIA ECF**
Hon. John Gleeson
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

                         **Re: United States v. Jason Williams**
                               **Dkt. No. 11-CR-424 (JG)**

Dear Judge Gleeson:

       Mr. Williams' sentence is currently scheduled for August 17, 2012. This letter is to request an adjournment until a convenient date in the Spring, 2013. I have spoken to AUSA Soumya Dayananda who does not object to this request.

       Mr. Williams was indicted last month for Murder in Aid of Racketeering under Ind. No. 10-CR-431 (CM) in the Southern District of New York. Mr. Williams is not accused of being the shooter, but of aiding and abetting James Rosemond, a co-defendant in that case as well.

       There is a significant likelihood that the resolution of the Southern District case will impact this sentencing. I cannot effectively represent Mr. Williams on this sentence without discussing his relationship with Mr. Rosemond, a topic which I cannot prudently discuss while the Southern District case is pending.

       Mr. Rosemond's sentence has already been adjourned to the Spring of 2013. There is no reason not to do the same in Mr. Williams' case.

       Please feel free to have your Chambers call me if you have any questions.

                                             Sincerely,

                                             Lloyd Epstein

LE:pc

   cc. AUSA Soumya Dayananda
       (Via ECF)

      Mr. Jason Williams